**Johnny R. HUFF, Plaintiff—Appellant,**

v.

**A. BASKERVILLE, Warden; S. Dawkins, Treatment Program Supervisor, Defendants—Appellees.**

No. 07–6177.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 27, 2007.

Decided: Sept. 12, 2007.

Johnny R. Huff, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

* The parties consented to the jurisdiction of the magistrate judge, pursuant to 28 U.S.C.

Before NIEMEYER and TRAXLER, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny R. Huff appeals the magistrate judge's * order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Huff v. Baskerville*, No. 3:06–cv–00147–MHL (E.D.Va. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*